# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**LLOYD A. BOOS and DORIS D. BOOS**                                      **PLAINTIFFS**


**V.**                                      **CIVIL ACTION NO.1:06CV878 LTS-RHW**


**STATE FARM FIRE AND CASUALTY COMPANY**                                      **DEFENDANT**


## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [11] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party is **DENIED**.

**SO ORDERED** this 3rd day of May, 2007.


s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE